Abel Acosta
Clerk of the Court
Texas Court of Criminal Appeals
P.O. Box 12308
Capital Station
Austin, TX, 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

Mr. Acosta,

I am writing to you concerning my Pro Se Petition for discretionary Review; Case # PD-1148-15. My Pro Se brief was prepared & mailed to the Court in the beginning of Nov. 2015. The reason for this writing is because I never received confirmation from your office that it was received, Could you please ~~Confirm~~ Confirm ~~me~~ that you have received my Pro Se Petition for discretionary review; Case # P.D-1148-15

Thank you for your time. Please respond to the following name and address.

Sincerly

Morris Landon Johnson II
TDC# 1877943
Coffield Unit
2661 F.M. 2054
Tennessee Colony, TX.
75884